# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LUBA CASUALTY INSURANCE
COMPANY

VERSUS

WASHINGTON-ST. TAMMANY
ELECTRIC COOPERATIVE, INC.

NO.  2026 CW 0307

**JUNE 1, 2026**

---

In Re:   Washington-St. Tammany Electric Co-Op, Inc. and Federated Rural Electric Insurance Exchange, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20202307.

---

BEFORE:   **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT NOT CONSIDERED.** This writ application is untimely. The district court's judgment which granted plaintiffs' motion for partial summary judgment as to liability was signed on November 7, 2025 (notice was mailed on November 10, 2025), and defendants' notice of intent to seek supervisory review was filed on December 17, 2025. Defendants filed an intervening motion for new trial which was denied on December 16, 2025, but "the filing of a motion for new trial seeking reconsideration of an interlocutory judgment cannot interrupt the 30-day period for filing an application for supervisory writs[.]" **Carter v. Rhea**, 2001-0234 (La. App. 4th Cir. 4/25/01), 785 So.2d 1022, 1025.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.